PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>                  v.<br><br>HECTOR QUINONES,<br><br>                        Defendant. | CASE NO.  2:22-CR-00005 KJM<br><br>STIPULATION REGARDING PRELIMINARY HEARING, DETENTION HEARING, AND ADMIT/DENY HEARING<br><br>DATE: January 19, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      The defendant previously appeared before this Court in Case No. 2:22-MJ-00002-DB on January 5, 2022 for a Rule 5(c)(3) hearing concerning a Supervised Release Violation Petition filed in the Southern District of New York;

2.      Following that hearing, this Court scheduled a preliminary hearing and detention hearing concerning the Supervised Release Violation Petition for January 19, 2022 before the Honorable Deborah Barnes;

3.      The parties and the Probation Offices for the Eastern District of California and the Southern District of New York subsequently agreed to transfer jurisdiction over the Supervised Release

1  Violation Petition to the Eastern District of California, and the transfer of jurisdiction was completed on

2  January 10, 2022.  The litigation in this District concerning the operative Supervised Release Violation

3  Petition was assigned Case No. 2:22-CR-00005-KJM;

4          4.      In light of the transfer of jurisdiction, and based on discussions between the parties, the

5  defendant now seeks to vacate the previously scheduled preliminary hearing and detention hearing, and

6  instead asks this Court to schedule an admit/deny hearing before the Honorable Kimberly J. Mueller in

7  Case No. 2:22-CR-00005.  Specifically:

8          a)      The defendant stipulates that he is aware of his right to a preliminary hearing

9  concerning the charges in the Supervised Release Violation Petition, and that he expressly

10  waives that hearing pursuant to Federal Rule of Criminal Procedure 32.1(b)(1)(A).  Counsel for

11  the defendant joins in the defendant's waiver of this hearing.

12          b)      The defendant further stipulates that he is aware of his right to a detention hearing

13  concerning the charges in the Supervised Release Violation Petition, and that he is prepared to

14  submit on the issue of detention.  As a result, the defendant agrees that he should remain

15  detained pending further proceedings pursuant to Federal Rule of Criminal Procedure 32.1(a)(6)

16  and 18 U.S.C. § 3143(a)(1).

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION REGARDING PRELIMINARY HEARING,
DETENTION HEARING, AND ADMIT/DENY HEARING

2

1         c)      The defendant requests that this Court schedule an admit/deny hearing concerning

2   the charges in the Supervised Release Violation Petition before Chief Judge Mueller in Case No.

3   2:22-CR-00005 on January 24, 2022 or—if that date is not available—on the earliest admit/deny

4   hearing date that is available.

5   IT IS SO STIPULATED.

6

7   Dated:  January 17, 2022                    PHILLIP A. TALBERT
                                                  United States Attorney

8

9                                               /s/ AARON D. PENNEKAMP
                                            AARON D. PENNEKAMP

10                                              Assistant United States Attorney

11

12  Dated:  January 17, 2022                    /s/ DOUG BEEVERS
                                            DOUG BEEVERS

13                                              Counsel for Defendant

14                                              HECTOR QUINONES

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] FINDINGS AND ORDER**

Based on the parties' stipulation, this Court finds that the defendant has knowingly and intelligently waived his right to a preliminary hearing in this matter, and it is hereby ORDERED that:

1. The preliminary hearing and detention hearing previously scheduled in this case for January 19, 2022 is VACATED;

2. The defendant is ordered DETAINED pending further proceedings pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), because the defendant has not met his burden of proving by clear and convincing evidence that he will not flee or pose a danger to any other person or the community. This order is made without prejudice, and thus the issue of detention may be revisited in a future bail review hearing; and

3. An admit/deny hearing in Case No. 2:22-CR-00005 is SCHEDULED for January 24, 2022, or—if that date is not available—for _____, 2022, which is the next available admit/deny hearing date before the Honorable Kimberly J. Mueller.

IT IS SO ORDERED.

DATED: January 18, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE